1  THOMAS DAVIS, Bar No. 202382
   Email Address: tdavis@deconsel.com
2  JODI SIEGNER, Esq., Bar No. 102884
   Email address: jsiegner@deconsel.com
3  DeCARLO & SHANLEY,
   a Professional Corporation
4  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
5  Telephone (213) 488-4100
   Telecopier (213) 488-4180
6
   Attorneys for Plaintiffs, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF
   TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
8
                  UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10
                        WESTERN DIVISION
11

12 | CARPENTERS SOUTHWEST              ) CASE NO. 2:17-cv-02145
   | ADMINISTRATIVE CORPORATION,       )           JAK-RAO
13 | a California non-profit corporation; and )
   | BOARD OF TRUSTEES FOR THE         )
14 | CARPENTERS SOUTHWEST TRUSTS,      ) STIPULATION FOR ENTRY OF
   |                                   ) JUDGMENT AGAINST
15 |           Plaintiffs,             ) DEFENDANT  EVERLAST
   | v.                                ) BUILDERS, INC.
16 |                                   )
   | EVERLAST BUILDERS, INC., a        ) Before the Honorable Judge
17 | California corporation; VASILIS ANDREA) John A. Kronstadt
   | TSANGARIDES, an individual; and   )
18 | DOES 1 through 10, inclusive,     ) *Proposed Order Submitted*
   |                                   ) *Separately*
19 |           Defendants.             )

20
21        **IT IS HEREBY STIPULATED BY AND BETWEEN** the parties, namely,
22   Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a
23   California non-profit corporation;  and BOARD OF TRUSTEES FOR THE
24   CARPENTERS SOUTHWEST TRUSTS ("PLAINTIFFS), by and through their
25   counsel of record, Thomas Davis of DeCARLO & SHANLEY, and Defendant
26   EVERLAST BUILDERS, INC., a California corporation ("DEFENDANT"), by and
27   through its attorney of record, Michael P. Ribons of the LAW OFFICES OF
28   //

MICHAEL P. RIBONS, APC, that judgment be entered in favor of PLAINTIFFS, for damages in the amount of $73,632.73.

Interest at the legal rate will accrue from when the judgment is entered.

**DEFENDANT EVERLAST BUILDERS, INC., a California corporation, DOES HEREBY ACKNOWLEDGE THAT IT IS AWARE THAT, BY SIGNING THIS STIPULATION FOR ENTRY OF JUDGMENT, IT IS WAIVING ANY RIGHT TO A TRIAL ON THE MERITS, AND THE RIGHT TO RAISE ANY DEFENSE IT MAY HAVE TO THE WITHIN MATTER.**

**SO AGREED AND STIPULATED:**

Dated: April 10, 2018

CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION

By: _____
Nina Gutierrez
Chief Financial Officer

Dated: April 13, 2018

BOARD OF TRUSTEES FOR THE
CARPENTERS SOUTHWEST TRUSTS

By: _____
Daniel R. Langford
As Trustee

Dated: April 6, 2018

EVERLAST BUILDERS, INC.

By: _____
Vasilis Andrea Tsangarides
President

2

## PROOF OF SERVICE
### (USDC Case No. 2:17-cv-02145-JAK-RAO)
### (Carpenters v. Everlast Builders, Inc., etc.)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On April 16, 2018, I electronically filed the following document: **STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT EVERLAST BUILDERS, INC.** Notice of this filing was sent to the interested parties below and to all registered parties in the action by operation of the Court's electronic filing system. Parties can access this filing through the Court's system.

**on Attorney for Defendants as follows:**

Michael Paul Ribons - mribons@mprlaw.net

Executed on April 16, 2018, at Los Angeles, California.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco