UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br>v.<br><br>EVERLAST BUILDERS, INC., a California corporation; VASILIS ANDREA TSANGARIDES, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02145 JAK-RAO<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT EVERLAST BUILDERS, INC.**<br><br>JS-6 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that** judgment be entered in favor of plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), and against defendant, EVERLAST BUILDERS, INC., a California corporation, in the amount of $73,632.73.

Interest at the legal rate will accrue from when the judgment is entered.

IT IS SO ORDERED.

Dated: April 20, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE